| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAGE,<br><br>            Plaintiff,<br><br>    v.<br><br>CSATF PRISON, et al.,<br><br>            Defendants. | Case No. 1:14-cv-00565 DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO EITHER FILE COMPLETE APPLICATION TO PROCEED IN FORMA OR PAY THE FILING FEE<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Jason Page ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 21, 2014.

Also on April 21, 2014, Plaintiff filed an application to proceed in forma pauperis. Plaintiff requests that the Court waive all filing fees, including required partial payments, and does not give his consent to inmate trust account withdrawals.

Leave to proceed in forma pauperis for prisoners is governed by 28 U.S.C. § 1915, which requires the Court to collect partial payments of the filing fee when funds exist. 28 U.S.C. § 1915(b)(1). The partial payment requirement is not subject to waiver.

1  Accordingly, within thirty (30) days of the date of service of this order, Plaintiff must either
2 file an application to proceed in forma pauperis, which requires consent for inmate trust account
3 withdrawals, or pay the $400 filing fee in full.
4 **<u>Failure to comply with this order will result in dismissal of this action.</u>**

IT IS SO ORDERED.

Dated:   **April 30, 2014**                              /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE