# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAGE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CSATF PRISON, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00565 DLB PC<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Document 9) |

　　　　Plaintiff Jason Page ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 21, 2014.

　　　　On June 2, 2014, the Court granted Plaintiff's May 29, 2014, application to proceed in forma pauperis. On June 5, 2014, Plaintiff filed another application to proceed in forma pauperis. As Plaintiff is already proceeding in forma pauperis, the application is DENIED AS MOOT.

IT IS SO ORDERED.

　　　Dated:  **June 6, 2014**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1