# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAGE,<br><br>                  Plaintiff,<br><br>       v.<br><br>CSATF PRISON, et al.,<br><br>                  Defendants. | Case No. 1:14-cv-00565 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR ORDER TO SHOW CAUSE, MOTION FOR MEDIATION AND SETTLEMENT AND MOTION TO APPEAR<br><br>(Document 3) |

Plaintiff Jason Page ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 21, 2014.[1]

By separate order, Plaintiff's complaint was dismissed with leave to amend.

Along with his complaint, Plaintiff filed a document that included various "motions" and approximately 95 pages of exhibits.

Plaintiff's motions are DISREGARDED. At this stage of the proceedings, Plaintiff's requested relief is not applicable.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate on May 5, 2014.

1 | Finally, to the extent that Plaintiff's "exhibits" include factual allegations related to his complaint, the Court will not sift through his exhibits in search of factual support for his claims. Plaintiff must include the factual allegations in his amended complaint.

IT IS SO ORDERED.

   Dated:   **October 15, 2014**                             /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE

Finally, to the extent that Plaintiff's "exhibits" include factual allegations related to his complaint, the Court will not sift through his exhibits in search of factual support for his claims. Plaintiff must include the factual allegations in his amended complaint.

IT IS SO ORDERED.

   Dated:   **October 15, 2014**                    /s/ *Dennis L. Beck*
                                                               UNITED STATES MAGISTRATE JUDGE